# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00821-CV

## In re WC 4th and Rio Grande, LP, WC 4th and Rio Grande GP, LLC, World Class Capital Group, LLC, and World Class Real Estate, LLC

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the motion for emergency stay is dismissed as moot. *See* Tex. R. App. P. 52.8(a).

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly and Theofanis

Filed:  October 31, 2025